UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY E. BOLTON, SR., | No. 15-cv-3505 LB |
| Plaintiff, | **ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT** |
| v. | |
| ANDRE TONY MILLER, | |
| Defendant. | |
| _____/ | |

The court ordered the plaintiff to file an amended complaint by October 23, 2015. The order of dismissal with leave to amend was mailed to the plaintiff at the Martinez County Jail, and was returned undelivered on October 14, 2015. A second copy of the order of dismissal with leave to amend was mailed to the plaintiff at Napa State Hospital, where he currently is in custody, on October 16, 2015. Due to the likelihood that the plaintiff will not have sufficient time to prepare the amended complaint by the current deadline, the court now *sua sponte* extends the deadline for the plaintiff to file an amended complaint. The plaintiff must file his amended complaint no later than **November 30, 2015**. Failure to file the amended complaint by that deadline will result in the dismissal of this action.

The delay in the mail was due to the plaintiff's failure to notify the court of his change of address. The plaintiff is reminded that he must promptly inform the court in every one of his cases

15-cv-3505 LB
ORDER

1  each time he is moved to a new institution or is released from custody.

2  **IT IS SO ORDERED.**

3  Dated: October 30, 2015

4  _____
LAUREL BEELER
United States Magistrate Judge

15-cv-3505 LB
ORDER

2