UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY E. BOLTON, SR., | No. 15-cv-3505 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ANDRE TONY MILLER, | |
| Defendant. | |
| _____/ | |

Gary E. Bolton, then an inmate at the Martinez Detention Facility and now housed at Napa State Hospital, filed this *pro se* civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint under 28 U.S.C. § 1915A, determined that Mr. Bolton's complaint failed to state a claim upon which relief may be granted, and dismissed it with leave to file an amended complaint by October 23, 2015, curing the several deficiencies identified in the order of dismissal with leave to amend. (ECF No. 8.) The court later extended the deadline to November 30, 2015. (ECF No. 12.) Mr. Bolton did not file an amended complaint, and the deadline by which to do so has passed.

15-cv-3505 LB
ORDER

1 | Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted.
2 | The clerk shall close the file.
3 | **IT IS SO ORDERED.**
4 | Dated: December 15, 2015

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California